| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | RAYMOND F. LYNCH, SBN 119065 |
| 2 | rlynch@hansonbridgett.com |
| | MATTHEW J. PECK, SBN 287934 |
| 3 | mpeck@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 777-3200 |
| 5 | Facsimile: (415) 541-9366 |
| 6 | Attorneys for Board of Retirement of the Imperial |
| | County Employees' Retirement System |
| 7 | |
| 8 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | GILBERT R. SEROTA (No. 75305) |
| 9 | gilbert.serota@apks.com |
| | AMY V. ENDICOTT (No. 281298) |
| 10 | amy.endicott@apks.com |
| | ALISON C. EPSTEIN (No. 311081) |
| 11 | alison.epstein@apks.com |
| | Three Embarcadero Center, 10th Floor |
| 12 | San Francisco, CA 94111-4024 |
| | Telephone: 415.471.3100 |
| 13 | Facsimile: 415.471.3400 |
| 14 | Attorneys for Defendants |
| | *Franklin Templeton Investor Services, LLC,* |
| 15 | *Franklin/Templeton Distributors, Inc., and* |
| | *Templeton Institutional Funds* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF RETIREMENT OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN TEMPLETON INVESTOR SERVICES, LLC., FRANKLIN/TEMPLETON DISTRIBUTORS, INC., TEMPLETON INSTITUTIONAL FUNDS, INC. AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:17-cv-01784-JST<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING BRIEFING DATES FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

WHEREAS, plaintiff Imperial County Employees' Retirement System (the "Plaintiff") filed a complaint in the Superior Court in and for the County of San Mateo on January 18, 2017, followed by a First Amended Complaint on March 1, 2017. *See* ECF 1-1 (First Amended Complaint).

WHEREAS, defendants Franklin Templeton Investor Services, LLC, Franklin/Templeton Distributors, Inc. and Templeton Institutional Funds (collectively, the "Defendants") removed this action to this Court on March 31, 2017 and it was assigned to Magistrate Judge Joseph C. Sperro. *See* ECF 1 (Notice of Removal).

WHEREAS, Defendants filed a motion to dismiss (the "Motion") the Plaintiff's First Amended Complaint on April 7, 2017 which was set to be heard by Magistrate Judge Joseph C. Sperro on May 19, 2017 at 2:00 pm. *See* ECF 8 (Motion).

WHEREAS, Plaintiff's opposition (the "Opposition") to the Motion is due April 21, 2017 and Defendants' reply (the "Reply") in support of their Motion is due April 28, 2017 pursuant to Rule 7-3 of the Local Rules of the United States District Court for the Northern District of California.

WHEREAS, Defendants declined to consent to the jurisdiction of a Magistrate Judge and, as a result, the Clerk of Court vacated the May 19, 2017 hearing date pending reassignment. *See* ECF 12 (Defendants' Declination), 14 (Clerk of Court's Notice of Impending Reassignment).

WHEREAS, this action was assigned to United States District Court Judge Jon S. Tigar on April 18, 2017. *See* ECF 15 (Order Reassigning Case).

WHEREAS, the parties have been engaged in settlement discussions since the filing of the Motion and, as a result of the directive vacating the hearing date, and in order to facilitate the ongoing settlement discussions between the parties, the parties agree that the deadlines for the Opposition and Reply briefs should be briefly vacated to enable the parties to focus adequate resources on pursuing settlement which may avoid unnecessary use of judicial resources in the interim.

WHEREAS, no other time modification has been requested or obtained in this action and, consistently, the parties do not believe the granting of this modification would impact the schedule

in this action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to the approval of the Court, that:

1. Plaintiff shall not be required to file their Opposition on April 21, 2017.

2. Defendants shall not be required to file their Reply on April 28, 2017.

3. Within ten (10) days of the filing of this stipulation, the parties will meet-and-confer to attempt to agree upon a rescheduled hearing date for the Motion and a briefing schedule for the Opposition and Reply and, if necessary, will submit a revised schedule to this Court for approval no later than April 26, 2017.

**IT IS SO STIPULATED.**

DATED: April 18, 2017        HANSON BRIDGETT LLP

By:  */s/ Raymond F. Lynch*
   RAYMOND F. LYNCH
   MATTHEW J. PECK
   Attorneys for Board of Retirement of the Imperial County Employees' Retirement System

DATED: April 18, 2017        ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Gilbert R. Serota*
   GILBERT R. SEROTA
   AMY V. ENDICOTT
   ALISON C. EPSTEIN
   Attorneys for Defendants Franklin Templeton Investor Services, LLC, Franklin/Templeton Distributors, Inc., and Templeton Institutional Funds.

13442868.1

-3-  Case No. 3:17-cv-01784-JCS
Stipulation and [~~Proposed~~] Order Regarding Briefing Dates For Defendants' Motion To Dismiss

**[PROPOSED] ORDER**

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED:**

1. Plaintiff shall not be required to file its Opposition on April 21, 2017.

2. Defendants shall not be required to file their Reply on April 28, 2017.

3. Within ten (10) days of the filing of this stipulation, the parties will meet-and-confer to attempt to agree upon a rescheduled hearing date for the Motion and a briefing schedule for the Opposition and Reply and, ~~if necessary~~, will submit to this Court for approval no later than April 26, 2017.

**IT IS SO ORDERED.**

DATED: April 18, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE