HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Board of Retirement of the Imperial
County Employees' Retirement System


ARNOLD & PORTER KAYE SCHOLER LLP
GILBERT R. SEROTA (No. 75305)
gilbert.serota@apks.com
AMY V. ENDICOTT (No. 281298)
amy.endicott@apks.com
ALISON C. EPSTEIN (No. 311081)
alison.epstein@apks.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Defendants
*Franklin Templeton Investor Services, LLC,*
*Franklin/Templeton Distributors, Inc., and*
*Templeton Institutional Funds*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF RETIREMENT OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN TEMPLETON INVESTOR SERVICES, LLC., FRANKLIN/TEMPLETON DISTRIBUTORS, INC., TEMPLETON INSTITUTIONAL FUNDS, INC. AND DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. 3:17-cv-01784-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO RE-FILE MOTION TO DISMISS IN ORDER TO FINALIZE PENDING SETTLEMENT**<br><br>Judge:　Hon. Jon S. Tigar<br>Courtroom:　9, 19th Floor |

WHEREAS, on April 18, 2017, the above-captioned action was assigned to United States District Judge Jon S. Tigar. ECF 15;

WHEREAS, by Stipulation filed on April 18, 2017, the parties requested that the Court extend Defendants' time to re-file their motion to dismiss the Complaint ("the Motion"), previously filed before Magistrate Judge Joseph C. Spero, in order to facilitate the parties' settlement discussions;

WHEREAS, by Order dated April 18, 2017, this Court extended the time for the parties to submit a schedule for re-filing the Motion and for briefing thereon to April 26;

WHEREAS, the parties have now reached a settlement-in-principle to resolve fully and dismiss with prejudice this action and wish to have time to complete the settlement documentation and to perform the terms of such settlement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to the approval of the Court, that:

The parties shall have an additional 30 days from April 26, 2017 to May 26 to file a dismissal with prejudice or, in the event settlement is not finalized, a proposed hearing date and briefing schedule for the Motion. All other pre-trial dates are off-calendar pending settlement.

**SO STIPULATED**.

DATED: April 24, 2017                    HANSON BRIDGETT LLP

By:   /s/ Raymond F. Lynch
RAYMOND F. LYNCH
MATTHEW J. PECK
Attorneys for Board of Retirement of the Imperial County Employees' Retirement System

| | |
|---|---|
| DATED: April 24, 2017 | ARNOLD & PORTER KAYE SCHOLER LLP |

By: */s/ Gilbert R. Serota*
GILBERT R. SEROTA
AMY V. ENDICOTT
ALISON C. EPSTEIN
Attorneys for Defendants Franklin Templeton Investor Services, LLC, Franklin/Templeton Distributors, Inc., and Templeton Institutional Funds.

# [PROPOSED] ORDER

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that**:**

1. The parties shall have an additional thirty (30) days from April 26, 2017 to May 26 to file a dismissal with prejudice or, in the event settlement is not finalized, a proposed hearing date and briefing schedule for the Motion

2. All other pre-trial dates are off-calendar pending settlement.

**IT IS SO ORDERED.**

DATED: April 25, 2017

*(signature)*
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE