ARNOLD & PORTER KAYE SCHOLER LLP
GILBERT R. SEROTA (No. 75305)
gilbert.serota@apks.com
ALISON C. EPSTEIN (No. 311081)
alison.epstein@apks.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Defendants
Franklin Templeton Investor Services, LLC,
Franklin/Templeton Distributors, Inc., and Templeton
Institutional Funds

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, (No. 119065)
rlynch@hansonbridgett.com
MATTHEW J. PECK, (No. 287934)
mpeck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415.777-3200
Facsimile: 415.541-9366

Attorneys for Board of Retirement of the Imperial
County Employees' Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF RETIREMENT OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN TEMPLETON INVESTOR SERVICES, LLC, FRANKLIN/TEMPLETON DISTRIBUTORS, INC., TEMPLETON INSTITUTIONAL FUNDS, AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:17-cv-01784-JCS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DATE TO RE-FILE MOTION TO DISMISS IN ORDER TO FINALIZE PENDING SETTLEMENT**<br><br>Judge: The Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

| | |
|---|---|
|1| WHEREAS, on April 18, 2017, the above-captioned action was assigned to United States |
|2| District Judge Jon S. Tiger.  ECF 15; |
|3| WHEREAS, by Stipulation on April 18, 2017, the parties requested that the Court extend |
|4| Defendants' time to re-file their motion to dismiss the Complaint ("the Motion"), previously filed |
|5| before Magistrate Judge Joseph C. Spero, in order to facilitate the parties' settlement discussions; |
|6| WHEREAS, by Orders dated April 18, 2017 and April 25, 2017, this Court extended the |
|7| time for the parties to submit a schedule for re-filing the Motion and for briefing thereon to May 26; |
|8| WHEREAS, the parties have reached a settlement in principle and wish to have an |
|9| additional thirty (30) days to complete the settlement documentation and to perform the terms of |
|10| such settlement. |
|11| NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the |
|12| respective parties hereto, subject to the approval of the Court, that: |
|13| The parties shall have an additional 30 days from May 26, 2017 to June 26, 2017, to file a |
|14| dismissal with prejudice or, in the event settlement is not finalized, a proposed extension or a |
|15| proposed hearing date and briefing schedule for the Motion. |
|16| **SO STIPULATED.** |
|17| Dated:  May 25, 2017         ARNOLD & PORTER KAYE SCHOLER LLP |

By:      */s/ Gilbert R. Serota*
         GILBERT R. SEROTA
         ALISON C. EPSTEIN

*Attorneys for Defendants Franklin Templeton Investor Services, LLC, Franklin/Templeton Distributors Inc., and Templeton Institutional Funds*

Dated:  May 25, 2017         HANSON BRIDGETT LLP

By:      */s/ Raymond F. Lynch*
         RAYMOND F. LYNCH
         MATTHEW J. PECK

*Attorneys for Board of Retirement of the Imperial County Employees; Retirement System*

- 1 -
STIPULATION AND [PROPOSED] SECOND ORDER EXTENDING DATE TO RE-FILE MOTION TO DISMISS
Case No. 3:17-cv-01784-JCS

# [PROPOSED] ORDER

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that:

The parties shall have an additional thirty (30) days from May 26, 2017 to June 26, 2017, to file a dismissal with prejudice or, in the event settlement is not finalized, a proposed extension or a proposed hearing date and briefing schedule for the Motion.

The Court does not anticipate granting any further extensions.

**IT IS SO ORDERED.**

DATED: June 8, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE